Paul J. Quetschke, Doing Business as Paul J. Quetschke & Company, Appellee, v. Lee W. Ford and Mabel Ford, Appellants.

**Gen. No. 46,593.** <span style="background:black">      </span>

First District, Third Division.
November 2, 1955.
Released for publication December 19, 1955.

Charles Ralph Johnston, for defendants-appellants; Louis W. Reinecker, for appellee; C. E. McElhaney, Jr., of counsel. Opinion by JUDGE FEINBERG. Not to be published in full.

Porter D. Campbell, Appellant, v. Consumers Supply Company, Appellee.

**Gen. No. 46,689.** <span style="background:black">      </span>

First District, Third Division.
November 16, 1955.
Released for publication December 19, 1955.

John T. Jones, and Kimball Smith, for appellant; Morris & Morris, for appellee. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.